UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| AARON STEVEN KEY, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) NO. 3:20-cv-00565 |
| METRO NASHVILLE POLICE DEPARTMENT; NASHVILLE FBI; NASHVILLE TBI; and CARTHAGE TN POLICE DEPARTMENT, | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 30) recommending that Defendants' Motions to Dismiss (Doc. Nos. 18, 20) be granted and that Key's claims against all Defendants be dismissed. No objections have been filed. If there are no objections, the district court is not required to review the R&R *de novo*, and should "adopt the magistrate's findings and rulings to which no specific objection is filed." Benson v. Walden Sec., No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018) (citing Thomas v. Arn, 474 U.S. 140 (1985)); see also Frias v. Frias, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019).

The Court has nonetheless reviewed the R&R and the file in accordance with Rule 72 of the Federal Rules of Civil Procedure. Accordingly, the Magistrate Judge's Report and Recommendation (Doc. No. 30) is **APPROVED** and **ADOPTED**. Defendants' Motions to Dismiss (Doc. Nos. 18, 20) are **GRANTED**, Defendants Nashville FBI, Nashville TBI, and Smith County Jail and Sheriff's Office are **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and this action is **DISMISSED** in its entirety as to all claims and defendants. This

Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58, and the Clerk is directed to close the file.

      IT IS SO ORDERED.

                                        _____
                                        WAVERLY D. CRENSHAW, JR.
                                        CHIEF UNITED STATES DISTRICT JUDGE